# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE NEGRETE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MIN MIN HLAING,<br><br>　　　　　Defendant. | No. 2:19-CV-1653-WBS-DMC-P<br><br><br>ORDER |

　　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Defendant's unopposed motion, ECF No. 36, for modification of the Court's February 26, 2020, scheduling order.  Good cause appearing therefor, Defendant's motion is granted and the Court's scheduling order is modified as outlined below.

　　　　　1.　　　The parties may conduct discovery until January 4, 2021. All requests for discovery pursuant to Fed. R. Civ. P. 30, 31, 33, 34, 36, and 45 shall be served by this discovery cut-off date.  Any motions necessary to compel discovery shall be filed within 60 from this cut-off date; and

/ / /

/ / /

/ / /

/ / /

2. All dispositive motions shall be filed within 90 days after the discovery cut-off date specified above.[1]

IT IS SO ORDERED.

Dated: October 16, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant may stand on the motion for summary judgment currently on file, ECF No. 38, or may within 7 days of the date of this order elect to withdraw the motion and re-file by the new dispositive motion filing deadline established herein. If Defendant stands on the current motion, Plaintiff's opposition will be due by December 1, 2020.