1
2
3
4
5
6
7
8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   JOSE NEGRETE,                                    No.  2:19-CV-1653-WBS-DMC-P

12                    Plaintiff,

13          v.                                        <u>ORDER</u>

14   MIN MIN HLAING,

15                    Defendant.

16

17          Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18   42 U.S.C. § 1983.  Pending before the Court is Plaintiff's document captioned "Plaintiff's Notice

19   of Motion for Objection and Order" in which Plaintiff seeks an order compelling Defendant to

20   provide responses to discovery.  <u>See</u> ECF No. 51.  Defendant has filed an opposition.  <u>See</u> ECF

21   No. 55.

22          Plaintiff's motion will be denied for two reasons.  First, as Defendant notes,

23   Plaintiff's discovery requests were served after expiration of the time to do so set in the Court's

24   October 16, 2020, modified scheduling order.  That order allowed the parties to serve discovery

25   requests through January 4, 2021, with responses due within 45 days after the date of service.

26   <u>See</u> ECF No. 40.  The order further provided that any motions to compel shall be filed within 60

27   days of the January 4, 2021, deadline.  <u>See</u> <u>id.</u>  Here, Plaintiff states that he initially served

28   discovery requests on Defendant on January 15, 2021.  <u>See</u> ECF No. 51, pg. 1.  Plaintiff also

                                                    1

1   states he re-served his discovery requests on April 12, 2021, after having received no response.

2   See id. at 2.  Because the discovery requests were not served prior to the January 4, 2021,

3   discovery cut-off date for serving discovery, Plaintiff's discovery requests are untimely and

4   Defendant is under no obligation to respond.

5          Second, even had Plaintiff's discovery requests been timely served, the instant

6   motion to compel, filed on June 22, 2021, was filed more than 60 days after January 4, 2021.  As

7   such, the motion to compel is also untimely.

8          Also before the Court is Plaintiff's motion for an extension of time to serve

9   discovery.  See ECF No. 53.  This motion will be denied because it was filed on July 1, 2021 –

10  almost six months after the discovery cut-off date established in the Court's modified scheduling

11  order of October 16, 2020, which permitted discovery through January 4, 2021.

12         Defendant's fully briefed motion for summary judgment, ECF No. 44, will be

13  addressed by separate findings and recommendations.

14         Accordingly, IT IS HEREBY ORDERED that:

15         1.      Plaintiff's motion to compel, ECF No. 51, is denied; and

16         2.      Plaintiff's motion for additional time to conduct discovery, ECF No. 53, is

17  denied.

18

19  Dated:  October 4, 2021

20                                                    _____
                                                      DENNIS M. COTA
21                                                    UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

2